IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-CR-195 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| FRANK BLACK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the Acting United States Attorney for the Northern District of Ohio hereby dismisses, with prejudice, the Indictment against Frank Black, Defendant.

CAROL M. SKUTNIK
Acting United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

United States District Court Judge

Date: July 29, 2025